NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MALIK ANTHONY HENRY,         )
                                    )
         Appellant,         )
                                    )
v.                           )        Case No. 2D17-4614
                                    )
STATE OF FLORIDA,         )
                                    )
         Appellee.         )
_____)

Opinion filed November 22, 2019.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender, and
Lisa Lott, Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes, Senior
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, KELLY, and SMITH, JJ., Concur.